**FILED**

MAR 3 1 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| JAYCEE VON BERGEN, | CV 17-07-B-SEH |
| Plaintiff, | |
| -vs- | ORDER OF DISMISSAL WITH PREJUDICE |
| HEIDI LYNN POIRIER and PROGRESSIVE UNIVERSAL INSURANCE COMPANY, and JOHN DOES I - X, | |
| Defendants. | |

Upon stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above matter is dismissed, with prejudice, as fully and finally settled on the merits, each party to bear their own costs and attorney fees.

DATED this 31st day of March, 2017.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge